927 A.2d 559

IN THE MATTER OF LOEL H. SEITEL AN ATTORNEY AT LAW.

July 27, 2007.

### ORDER

**LOEL H. SEITEL** of **ENGLEWOOD CLIFFS,** who was admitted to the bar of this State in 1991, having pleaded guilty in the

United States District Court for the Southern District of Florida to conspiracy to obstruct justice, in violation of 18 *U.S.C.A.* 371, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **LOEL H. SEITEL** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **LOEL H. SEITEL** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **LOEL H. SEITEL** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State.